## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

LORENZO C. GREENE,

     Plaintiff,

v.                                    Case No: 5:15-cv-243-Oc-30PRL

BRADFORD J. SOUTH and
CITY OF WEBSTER,

     Defendants.

_____

### ORDER OF DISMISSAL

     Before the Court is the Notice of Joint Stipulation for Dismissal (Dkt. #19).   Upon review and consideration, it is

     **ORDERED AND ADJUDGED** as follows:

     1.     This cause is dismissed, each party to bear their own attorney's fees and costs.

     2.     All pending motions are denied as moot.

     3.     The Clerk is directed to close this case.

     **DONE** and **ORDERED** in Tampa, Florida, this 2nd day of May, 2016.

                                                        JAMES S. MOODY, JR.
                                                        UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record